Dismissed and Memorandum Opinion filed August 26, 2010.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-10-00515-CV

____________

 

QUINTONNA PAPPILLION, Appellant

 

V.

 

HARRIS COUNTY, Appellee

 



 

On Appeal from the County Civil Court at Law No. 4

Harris County, Texas

Trial Court Cause No. 939222

 



 

MEMORANDUM
OPINION

This appeal is from a judgment signed May 14, 2010.  No clerk’s
record has been filed.  The clerk responsible for preparing the record in this
appeal informed the court appellant did not make arrangements to pay for the
record.  

On July 26, 2010, notification was transmitted to all parties
of the court’s intention to dismiss the appeal for want of prosecution unless,
within fifteen days, appellant paid or made arrangements to pay for the record
and provided this court with proof of payment.  See Tex. R. App. P. 37.3(b).

Appellant has not provided this court with proof of payment
for the record. Accordingly, the appeal is ordered dismissed.

 

PER CURIAM

 

Panel consists of Justices
Anderson, Frost, and Brown.